# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY PAUL DUCOTE

VERSUS

CARLEY KATHERINE MAGETTE

NO.   2021 CW 1582

**FEBRUARY 03, 2022**

---

In Re:   Jeremy  Paul  Ducote,  applying  for  supervisory  writs,
23rd Judicial District Court, Parish of Ascension, No.
125,932.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT